IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDDIE T. WILLIAMS,
    Petitioner,

vs.                                    Case No. 5:11cv68/RH/EMT

WARDEN PAIGE AUGUSTINE,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  Petitioner commenced this action by filing a petition for writ of habeas corpus (doc. 1).  On May 20, 2011, this court entered an order (doc. 9) directing Petitioner to file a reply to Respondent's answer to the habeas petition.  Petitioner failed to comply with the order; therefore, on September 30, 2011, the court issued an order requiring Petitioner to show cause, within fourteen (14) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 11).  The order was returned to the court as undeliverable (doc. 12).  The court notes that Petitioner has not filed a change of address (although he previously filed such a notice for an earlier change, *see* doc. 7) and that he also failed to respond to the court's order directing him to file a reply to the response to his petition for habeas corpus (doc. 9).

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to keep the court comprised of his current address and failure to prosecute this action.

        At Pensacola, Florida, this 18th day of October 2011.

                                      /s/ *Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**